[No. 1780.  Decided July 25, 1895.]

T. B. NEELEY, *Appellant*, v. THE DEMOCRATIC PUBLISHING COMPANY,
*et al.*, *Respondents*.

*Appeal from Superior Court, Skagit County.*

George M. Sinclair, J. J. Gallagher, and *Frank Quinby*, for appellant.
*Million & Houser*, and *Thomas Smith*, for respondents.

*Per Curiam.*—This action was tried by the court without a jury.
Findings of fact were made, and the only exception taken thereto
was at the conclusion of the findings and the decree, and was general in form to the whole.  Some of the findings were unquestionably correct, and there being no sufficient exception the matters
sought to be raised upon this appeal cannot be considered, and the
judgment is affirmed.

<hr>

[No. 1618.  Decided September 7, 1895.]
GEORGE D. BROWN, *Respondent*, v. CHARLES P. COEY, *Appellant*.

*Appeal from Superior Court, Spokane County.*

Dawson & *Plattor*, for Appellant.
J. S. McCarty, and *Rothrock & Leigh*, for respondent.

*Per Curiam*—This action was tried by the court without a jury.
Findings of fact were made, and the only exception taken thereto
was at the conclusion of the findings and the decree, and was general
in form to the whole.  Some of the findings were unquestionably
correct, and there being no sufficient exception the matters sought to
be raised upon this appeal cannot be considered, and the judgment
is affirmed.